# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

LEO JOHN GUERIN, JR.,

Appellant,

v.

COUNTRYSIDE IMPERIAL RIDGE HOMEOWNERS
ASSOCIATION, INC.,

Appellee.

No. 2D2025-2414

_____

July 15, 2026

Appeal from the County Court for Pinellas County; John Carassas,
Judge.

Jeremy Roth and George Harder of Harder Law, Lutz, for Appellant.

Gregory S. Grossman and Scott M. Gross of Greenberg Nikoloff, P.A.,
Lutz, for Appellee.


KELLY, Judge.

Leo John Guerin, Jr. appeals from the final judgment rendered in favor of Countryside Imperial Ridge Homeowners Association, Inc. We affirm the portion of the final judgment determining that the Association was entitled to foreclose on a recorded claim of lien for unpaid maintenance assessments, late fees, and interest. However, we dismiss for

lack of jurisdiction that part of the final judgment that awards attorney's fees and costs to the Association but reserves jurisdiction on the amount. An order determining entitlement to attorney's fees and costs without setting an amount is nonfinal and nonappealable. *See Card v. Card*, 122 So. 3d 436, 437 (Fla. 2d DCA 2013) (explaining that an order determining only the entitlement to attorney's fees without setting the amount is nonfinal and nonappealable).

Affirmed in part; dismissed in part.

SILBERMAN and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.